UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY GREINER,
    Plaintiff,

-vs.-                                                  Case No 2:12-cv-15253
                                                         Hon. Marianne O. Battani

NCO FINANCIAL SYSTEMS, INC.,
a Pennsylvania corporation and
CONSUMERS ENERGY COMPANY,
a Michigan corporation,
jointly and severally,
    Defendants.

_____

## STIPULATION TO DISMISS
## DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS

      The parties stipulate to the dismissal of this case with prejudice and without costs to any party.


s/ Gary Nitzkin                            s/ Deborah A. Lujan
Gary D. Nitzkin (P41155)             Deborah A. Lujan (P46990)
Attorney for Plaintiff                     Attorney for Defendants
Nitzkin & Associates                     Collins, Einhorn, Farrell, Ulanoff, P.C.
22142 West Nine Mile Road          4000 Town Center, Ste. 900
Southfield, Michigan 48034           Southfield, MI 48033
(248) 353-2882                             (248) 355-4141
gnitzkin@creditor-law.com            Deborah.lujan@ceflawyers.com


UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY GREINER,
    Plaintiff,

-vs.-                                  Case No 2:12-cv-15253
                                        Hon. Marianne O. Battani

NCO FINANCIAL SYSTEMS, INC.,
a Pennsylvania corporation and
CONSUMERS ENERGY COMPANY,
a Michigan corporation,
jointly and severally,
    Defendants.
_____

**ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COST**

At a session of court held in the United States District Court for
the Eastern District of Michigan

on  March 14, 2013

Present: Hon. MARIANNE O. BATTANI

    The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the promises therein;

    **IT IS HEREBY ORDERED** that the within cause of action is hereby dismissed with prejudice and without cost to any party.

                                                      s/Marianne O. Battani
                                                      Judge of United States District Court